# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**COMMERCE PARTNERSHIP #1155,**
Appellant,

v.

**CITY TOWN FURNITURE, LLC,** and **BASSEL SALEH,**
Appellees.

No. 4D21-1209

[March 10, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury, Jr., Judge; L.T. Case No. CACE19-024530.

Jonathan R. O'Boyle of The O'Boyle Law Firm, P.C., Deerfield Beach, for appellant.

Ernest H. Kohlmyer, III, and Andrew J. Hand of Shepard, Smith, Kohlmyer & Hand, P.A., Maitland, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***